UNITED STATES of America, Appellant,

v.

Robert Clif LANGSDALE.

No. 14965.

United States Court of Appeals, Eighth Circuit.

Jan. 14, 1954.

Edward L. Scheufler, U. S. Atty., Kansas City, Mo., and Joseph L. Flynn, Asst. U. S. Atty., St. Joseph, Mo., for appellant.

Floyd E. Jacobs, Kansas City, Mo., for appellee.

Appeal from District Court, 115 F. Supp. 489, dismissed on motion of appellant.